UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-757

**Caption [use short title]**

**Motion for:** Administrative Stay

Set forth below precise, complete statement of relief sought:

Appellants ask this Court to enter an administrative stay while the Court resolves their motion to stay pending appeal.

Gabay v. Roadway Movers, Inc.

**MOVING PARTY:** Roadway Movers, Inc. and Ross Sapir
**OPPOSING PARTY:** Shalom Gabay

☐ Plaintiff  ☑ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Andrew L. Kincaid
**OPPOSING ATTORNEY:** Anthony J. Harwood

[name of attorney, with firm, address, phone number and e-mail]

Oved & Oved LLP, 401 Greenwich Street, NY, NY 10013
Harwood Law PLLC, 260 Madison Avenue, 16th Floor, NY, NY 10016

Tel.: 212.226.2700 x237; Fax: 212.226.7555
Tel.: 212-867-6820; Fax: 212-937-3167

akincaid@oved.com
Tony.Harwood@aharwoodlaw.com

**Court- Judge/ Agency appealed from:** S.D.N.Y., Hon. Jennifer L. Rochon

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☑ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☑ No

Requested return date and explanation of emergency:
Immediate. If this action is not stayed, Appellants will be forced to litigate in the district court an action that they contend is subject to arbitration, thus destroying the arbitral right that Appellants seek to vindicate on appeal.

**Counsel for Appellee stated that he did not know if he would file a response to this motion.**

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Andrew L. Kincaid   **Date:** 05/17/2023   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-----------------------------------------------------------------X
SHALOM GABAY,

                *Plaintiff-Appellee*,

   v.                                                          No. 23-757

ROADWAY MOVERS, INC. and ROSS SAPIR,

                *Defendants-Appellants*.

-----------------------------------------------------------------X

# EMERGENCY MOTION FOR ADMINISTRATIVE STAY DURING CONSIDERATION OF APPELLANTS' MOTION FOR STAY PENDING APPEAL

 

Andrew J. Urgenson
Andrew L. Kincaid
OVED & OVED LLP
*Attorneys for Defendants-Appellants*
401 Greenwich Street
New York, New York 10013
Tel.: (212) 226-2700

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned counsel for Defendant-Appellant Roadway Movers, Inc., a nongovernmental corporate party, certify that (i) Roadway Movers, Inc. has no parent corporation and (ii) there is no publicly held corporation that owns 10% or more of Roadway Movers, Inc.'s stock.

Defendants-Appellants Roadway Movers, Inc. and Ross Sapir (collectively, "Appellants"), by their undersigned attorneys, respectfully request an administrative stay pending resolution of Appellants' motion for stay pending appeal. Consistent with Local Rule 27.1(b), Appellants state that (1) they notified counsel for Appellee of this motion, (2) Appellee does not consent to the relief requested, and (3) Appellee does not know if he will file a response to this motion.

\* \* \*

Appellants have submitted a motion to stay pending appeal of a decision denying a motion to compel arbitration (Opinion & Order, *Gabay v. Roadway Movers, Inc., et al.*, No. 1:22-cv-06901-JLR (S.D.N.Y. Apr. 28, 2023)). Appellants now respectfully move for an administrative stay pending resolution of that motion because if the Court does not act immediately, Appellants will be irreparably deprived of their bargained-for right to have their dispute with Appellee resolved in private arbitration.

Under Fed. R. App. P. 8, this Court has the power to issue stays and injunctions pending appeal. To give effect to this Court's jurisdiction, and to ensure that it can providently exercise its discretion to stay matters pending appeal, this Court can also grant an administrative stay, preserving the *status quo* until it can resolve the subsequent stay motion after full briefing and thoughtful consideration. *See, e.g.*, 28 U.S.C. §1651(a). The Court can grant an administrative stay without

Page 1

making any determination about the merits of the underlying appeal or even the likely success of Appellants' stay motion. *See, e.g.*, *Bragg v. Pomerantz*, No. 23-615-L, 2023 U.S. App. LEXIS 9691, *3 (2d Cir. Apr. 19, 2023) (granting administrative stay so the court "may consider the motion seeking a stay pending appeal of the district court's order" and noting that the "order reflects no judgment regarding the merits of the parties' respective positions"); *Hassoun v. Searls*, 976 F.3d 121, 126 (2d Cir. 2020) ("This court entered an administrative stay" so the motion for stay pending appeal "could be considered by a three-judge panel"); *District of Columbia v. Exxon Mobil Corp.*, No. 22-7163, 2022 U.S. App. LEXIS 35608, *2 (D.C. Cir. Dec. 23, 2022) ("The purpose of this administrative stay is to give the court sufficient opportunity" to consider the motion for a stay pending appeal).

An administrative stay is warranted here for the reasons stated in Appellants' motion to stay pending appeal, filed contemporaneously herewith.

\*   \*   \*

For the foregoing reasons, Appellants respectfully request that the Court enter an administrative stay to allow the Court to consider Appellants' motion to stay pending appeal.

Dated: May 17, 2023　　　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Andrew J. Urgenson
　　　　　　　　　　　　　　　　　　　　Andrew L. Kincaid
　　　　　　　　　　　　　　　　　　　　OVED & OVED LLP
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants-Appellants*
　　　　　　　　　　　　　　　　　　　　401 Greenwich Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10013
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 226-2700
　　　　　　　　　　　　　　　　　　　　*andrew@oved.com*
　　　　　　　　　　　　　　　　　　　　*akincaid@oved.com*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Second Circuit via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

Dated: May 17, 2023

By: _____
Andrew L. Kincaid

**FEDERAL RULE OF APPELLATE PROCEDURE 32**
**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT,**
**TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

1. This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 418 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

Dated: May 17, 2023

By: _____
Andrew L. Kincaid