# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-three.

-----------------------------------------------------------------X
ROADWAY MOVERS, INC. and ROSS SAPIR,

      *Appellants*,

v.                                                         **STIPULATION**

SHALOM GABAY,                              Docket No. 23-757

      *Appellee*.

-----------------------------------------------------------------X

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by September 29, 2023. The time, if any, tolled under Local Rule 31.2 begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Dated: August 7, 2023

| | |
|---|---|
| /s/ Anthony J. Harwood (with permission) | _____ |
| Anthony J. Harwood | Andrew L. Kincaid |
| HARWOOD LAW PLLC | OVED & OVED LLP |
| *Attorneys for Appellee* | *Attorneys for Appellants* |
| 260 Madison Avenue, 16th Floor | 401 Greenwich Street |
| New York, New York 10016 | New York, New York 10013 |
| Tel: 212.867.6820 | Tel: 212.226.2700 |
| Tony.Harwood@aharwoodlaw.com | akincaid@oved.com |